1154

No. 97-1914. CABLE NEWS NETWORK, INC., ET AL. *v.* BERGER ET AL. C. A. 9th Cir. Motion of ABC, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 98-101. MCCAFFREY ET AL. *v.* OONA, R.-S.-, A MINOR, BY KATE S., HER GUARDIAN. C. A. 9th Cir. Motion of Redwood Empire Schools Insurance Group for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 98-1500. WEST PUBLISHING CO. ET AL. *v.* MATTHEW BENDER & CO., INC., ET AL. C. A. 2d Cir. Motion of Malla Pollack for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 98-1519. WEST PUBLISHING CO. ET AL. *v.* HYPERLAW, INC. C. A. 2d Cir. Motion of Malla Pollack for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 98-6723. PEDONE *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL., 525 U. S. 1078;

No. 98-7491. JACKSON *v.* WHITTLE ET AL., *ante,* p. 1007;

No. 98-7659. CHUMPIA *v.* MICHIGAN STATE UNIVERSITY, *ante,* p. 1024;

No. 98-7820. JOHNSON *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, *ante,* p. 1042;

No. 98-7833. RIVERA *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 1027;

No. 98-7958. LAVERTU *v.* NEW HAMPSHIRE SUPREME COURT, *ante,* p. 1054; and

No. 98-8196. COLLINS *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 1056. Petitions for rehearing denied.

JUNE 2, 1999

No. 98-9569 (A-1002). IN RE MOORE. Application for stay of execution of sentence of death, presented to JUSTICE BREYER,